*724
 
 OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 The record reveals that thé defendant’s challenge to the existence of probable cause for his arrest was directed to the sufficiency of the evidence rather than its reliability. As to the latter, since the motion to suppress did not attack the underlying basis for the police alarm, the presumption of probable cause to issue it remained (see
 
 People v Lypka,
 
 36 NY2d 210). The People therefore were not called upon to rebut the presumption by an evidentiary showing. And, absent attack on the bulletin, we find the other facts and circumstances sufficient to support the now affirmed finding of probable cause. It follows that the confession was not the fruit of an unlawful arrest.
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler and Fuchsberg concur.
 

 Order affirmed in a memorandum.